

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 19 2000

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE NORPLANT CONTRACEPTIVE PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 1038 |

---

| | | |
|---|---|---|
| TODD A. WELLS, | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:95CV5056 |
| WYETH-AYERST LABORATORIES, INC., a New York Corporation and a subsidiary of American Home Products corporation; AMERICAN HOME PRODUCTS CORPORATION, a Delaware Corporation; | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff TODD A. WELLS and defendants American Home Products Corporation and WYETH-AYERST LABORATORIES hereby stipulate that plaintiff's claims be and are hereby dismissed *with prejudice*.

_____
Cydney Campbell  WSBA # 23140
GRAHAM, LUNDBERG, & PESCHEL,
P.S., INC.
500 John Street, Floor 2
Seattle, WA 98109

ATTORNEYS FOR PLAINTIFF

_____
Paul W. Gertz
GERMER & GERTZ
805 Park Street
P.O. Box 3728
Beaumont, Texas  77704

ATTORNEYS FOR DEFENDANTS

bm\\LPSERVER\SYS\DATA\CLIENTS1\1104-1\Stipulation of Dismissal2.doc

